IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AUSTIN GARRICK SMITH,
   Plaintiff,

  v.

DANIEL J. PORTER, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-276-TWT

**ORDER**

This is a pro se prisoner civil rights action in which the Plaintiff sues the judge, prosecutor and police officers involved in his current incarceration. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action on the grounds of judicial, prosecutorial and qualified immunity. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for failure to state a claim. The Motion for DFACS Records [Doc. 4] and Motion for Service [Doc. 5] are DENIED as moot.

T:\ORDERS\14\Smith\14cv276\r&r.wpd

SO ORDERED, this 13 day of August, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge